**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LaShauna Coleman, | ) No. CV 09-2692 PHX DGC |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| American Home Mortgage Servicing, Inc., et al., | ) |
| Defendants. | ) |

Defendants American Home Mortgage Servicing, Inc., Sand Canyon Corporation, Option One Mortgage Corporation, and individually named employees of those Defendants have filed a motion to dismiss. Dkt. #16. Plaintiff LaShauna Coleman has filed a motion to strike Defendants' motion to dismiss on four grounds: (1) Defendants' motion does not comply with Federal Rule of Civil Procedure 8(a)(d)(1); (2) Defendants' motion does not comply with Federal Rule of Civil Procedure 10(b); (3) Defendants' attorney has not complied with Arizona Rule of Civil Procedure 5.1; and (4) Defendants have not complied with Federal Rule of Civil Procedure 7.1.

Coleman has not identified any statute or rule authorizing her motion to strike as required by Rule 7.2 of the Court's Local Rules of Civil Procedure. *See* LRCiv 7.2(m)(2). Moreover, as to her first and second arguments, Defendants' motion to dismiss is not a "pleading" as contemplated by the Federal Rules. Rather, it is a motion to which Rule 8(a)(d)(1) and Rule 10(b) do not apply.

As to her third argument, Coleman states that she relies on "Fed. R. Civ. Proc.

5.1(a)(1)," but she quotes "Ariz. R. Civ. P. 5.1(a)(1)." Dkt. #23 at 2. Arizona Rules of Civil Procedure are not used by this Court. This is a federal court where the Federal Rules of Civil Procedure apply.

As to her final argument, Coleman cites no authority showing that this Court may strike Defendants' motion to dismiss based on a failure to comply with Federal Rule of Civil Procedure 7.1.

**IT IS ORDERED** that Coleman's motion to strike (Dkt. #23) is **denied**.

DATED this 4th day of February, 2010.

_____
David G. Campbell
United States District Judge