**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| LaShauna Coleman, | ) | No. CV 09-2692 PHX DGC |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| American Home Mortgage Servicing, Inc., et al., | ) | |
| Defendants. | ) | |

Plaintiff previously has sought recusal of the undersigned judge based on rulings made in this case. The Court denied her request. Dkt. #60. On May 21, 2010, Plaintiff filed a motion for leave to file a second amended complaint in which she attempts to add the undersigned judge as a defendant. *See* Dkt. #74 at 5, 25. A federal judge must disqualify himself from any proceeding where he is named as a party. 28 U.S.C. § 455(b)(5)(i).

**IT IS ORDERED** that this case be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the **Honorable Michelle H. Burns**. All future pleadings and papers submitted for filing shall bear the following complete case number: **CV09-2692 PHX MHB**.

DATED this 24th day of June, 2010.

_____
David G. Campbell
United States District Judge