✓ FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 1 3 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

LASHAUNA COLEMAN
P.O. BOX 23915
TEMPE, ARIZONA 85285
Telephone: 480-238-5552 (unlisted)
Pro Per

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| LASHAUNA COLEMAN<br><br>Plaintiff<br><br>v.<br><br>AMERICAN HOME MORTGAGE SVC. INC. ET.AL<br><br>Defendant, | Civil File No: CIV-092692 PHX ROS<br><br>**AFFIDAVIT OF LASHAUNA COLEMAN IN SUPPORT OF NEWLY DISCOVERED EVIDENCE CIV. R. P. 59(a)** |

State of Arizona )
) ss.
County of Maricopa )

"Indeed, No more than such affidavit are necessary to make the prima facie case." *United States v. Kis*, 658 F.2d 526 (1981).

**COMES NOW** La Shauna Coleman (hereinafter "affiant") a conscious, living woman, residing in Arizona being first duly sworn/affirmed and does depose, say, declare and affirm by plaintiff/ affiant's signature that I am over the age of 18 years and have first hand personal knowledge of the following statements and affirm the same are true and correct to the best of the my knowledge and belief, to wit:

1. Affiant/ plaintiff, LaShauna Coleman is the plaintiff in this action and has firsthand knowledge of the causes of action in her complaint.
2. All events alleged in her complaint are true and correct to the best of plaintiffs' knowledge.
3. Since the rendition of the verdicts on 2-11-2010 and 3-30-2010 and 9-17-2010 in favor of defendant in this cause, certain facts have come to my knowledge, which I am advised, and believe to be, are of great importance to me and which, if shown in the pleadings, would have been of decisive character in support of my claim.
4. I have been able to confirm further discrepancies regarding WFB's alleged interest in the relevant note and deed of trust. The proper attachment of an allonge/ endorsement necessary for the transfer and negotiation of the promissory note as a negotiable instrument.
5. **Upon information and belief, "Sara Silk" who is/was allegedly employed by "OPTION ONE MORTGAGE CORP." and, who allegedly signed the allonge which was retroactively attached to relevant promissory note is and has been employed by 'JP MORGAN CHASE BANK" been since the year 2005.**
6. Plaintiff has seen no evidence that the allonge and assignments of the relevant notes & deed of trust are legally valid and believes that no such evidence exists.
7. Plaintiff alleges that she has discovered new evidence and that discovery of new evidence has lead to discovery of material facts.

*FURTHER AFFIANT SAYETH NAUGHT*

All rights reserved; waiving none ever.

LaShauna Coleman

LA SHAUNA COLEMAN

SUBSCRIBED, SWORN TO, AFFIRMED AND ACKNOWLEDGED before me, the under-signed Notary Public, on this 13 day of December 2010, by LASHAUNA COLEMAN, known to me, or who has satisfactorily demonstrated to me the above name Petitioner in this matter.

Brenda Ortega
Signature of Notary Public

Jan 17 2011
Notary Expiration Date

OFFICIAL SEAL
BRENDA D. ORTEGA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Expires Jan. 17, 2011

**CERTIFICATE OF SERVICE**

ORIGINAL of the foregoing filed this 13 day of December 2010, with
Clerk of the Court
U.S. District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, SPC 58
Phoenix, AZ 85003-2118

Roselyn O. Sylver
U.S. District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, SPC 58
Phoenix, AZ 85003-2118

COPY of the foregoing mailed this 14 day of December, 2010, with
Mark Collins at:
Gust Rosenfeld P.L.C.
One S. Church Ave., Suite 1900
Tucson, Arizona 85701-1627

McCarthy -Holthus -Levine
3636 North Central Avenue Suite 1050
Phoenix, Arizona 85012